THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

Kelvin & Katina Coleman

    *Plaintiffs*

v.

Electrolux Home Products, Inc.

    *Defendant*

No. 3:13-cv-1120/Jury
Haynes/Griffin

### Agreed Order Continuing Status Conference and Hearing on Plaintiffs' Motion to Compel

The parties have informed the Court that they have conferred and believe in good faith that they will dismiss this lawsuit by agreement with 30 days, either because it has settled or because they have agreed to an alternative dispute resolution process and forum. Accordingly, and with the agreement of the parties, the Court continues until further notice (1) the status conference currently set for September 19, 2014 [Doc. 31], and (2) the hearing on Plaintiffs' Motion to Compel currently set for September 29, 2014 [Doc. 32]. By October 9, 2014 — or sooner if possible — the parties will inform the Court if these hearings remain necessary and propose times to conduct them.

_____
United States District Judge

9-12-14