IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| KEVLIN & KATINA COLEMAN, | ) |
| Plaintiffs, | ) Case No. 3:13-1120 |
| | ) Chief Judge Haynes |
| v. | ) |
| ELECTROLUX HOME PRODUCTS, INC., | ) |
| Defendant. | ) |

## O R D E R

The Court has been advised by counsel (Docket Entry No. 37) that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

ENTERED this the 19th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge